UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
JOSE ESTERAS

       -v-

JO ANNE BARNHART
------------------------------X

ORDER
CV04-1340 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 16 2005 ★
BROOKLYN OFFICE

For the reasons stated orally on the record, petitioner's motion for judgment on the pleadings is granted. The case is remanded to the Secretary for computation of benefits from December 30, 1996. No costs or disbursements.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

DATE-:6/8/05

