UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE ESTERAS,

                    Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV- 1340 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 17 2005 ★
BROOKLYN OFFICE

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 16, 2005, granting plaintiff's motion for judgment on the pleadings, for the reasons stated on the record on June 8, 2005; and remanding the case to the Secretary of Social Security for computation of benefits from December 30, 1996; and that no costs or disbursements is awarded to any of the parties; it is

ORDERED and ADJUDGED that plaintiff's motion for judgment on the pleadings is granted, for the reasons stated on the record on June 8, 2005; that the case is remanded to the Secretary of Social Security for computation of benefits from December 30, 1996; and that no costs or disbursements is awarded to any of the parties.

Dated: Brooklyn, New York
       June 16, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court