SR: TDL
USAO File # 2004V01212
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------ x
JOSE ESTERAS

           Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security

           Defendant.
------------------------------ x

Civil Action
No. CV-04-1340

(Weinstein, J.)

**STIPULATION AND ORDER REGARDING ATTORNEY FEES**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that Plaintiff's counsel is awarded six-thousand and two-hundred and seventy dollars ($6,270.00) in attorney fees in full satisfaction of any claim for fees, costs, and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: Brooklyn, New York
September 20, 2005

HERBERT S. FORSMITH, ESQ.  
*Attorney for Plaintiff*  
26 Broadway  
17th Floor  
New York, New York 10004

By: /s/ Herbert S. Forsmith  
HERBERT S. FORSMITH (HSF-2871)  
(212) 809-1772

*Close the Case*  
SO ORDERED:

/s/ Jack B. Weinstein  
HONORABLE JACK B. WEINSTEIN  
United States District Judge

9/30/05

ROSLYNN R. MAUSKOPF  
United States Attorney  
Eastern District of New York  
*Attorney for Defendant*  
One Pierrepont Plaza  
Brooklyn, New York 11201

By: /s/ Timothy Lynch  
TIMOTHY LYNCH (TL-8561)  
Assistant United States Attorney  
(718) 254-6288/7000